UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

CARLOS GILBERT LAW,

    Plaintiff,

  v.

BOYKIN, et al.,

    Defendants.

Case No. 16-cv-02292-NJV   (NJV)

**ORDER RE AFFIDAVIT FOR EMERGENCY ACTION**

Re: Dkt. No. 20

The court entered an order on July 12, 2016, dismissing this case. (Doc. 18.) The court found that Plaintiff had failed to exhaust his administrative remedies and that he was no longer held at the institution employing the defendants against which he sought injunctive relief. *Id*. The court entered judgment on July 18, 2016. (Doc. 19.)

On July 21, 2016, Plaintiff filed an affidavit in support of a claim for injunctive relief. (Doc. 20.) The events he relates in his affidavit allegedly took place at California Medical Facility. However, this action involves events that took place at San Quentin State Prison. Further, the persons he accuses in his affidavit are not parties to this action. Accordingly, in addition to the fact that this action is closed, the events alleged in Plaintiff's affidavit form no basis for relief in the present case. The court will take no action on Plaintiff's affidavit.

**IT IS SO ORDERED**.

Dated: August 5, 2016

NANDOR J. VADAS
United States Magistrate Judge